# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| SCOTT HENRY RACE, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>) | CIVIL NO. 2:14-CV-166-DBH |
| CAROLYN W. COLVIN, ACTING )<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>DEFENDANT ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 11, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on December 28, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The request for an award of attorney fees in this case in the amount of $6,000 under 42 U.S.C. § 406(b) is reasonable. Upon receipt of the section 406(b) award, the plaintiff's attorney shall remit to the plaintiff the Equal Access to Justice Act ("EAJA") attorney fee that he has received in this case, in the amount of $2,052.

SO ORDERED.

DATED THIS 4TH DAY OF JANUARY, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**